IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAYMOND DAKIM HARRIS JOINER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:20CV717 |
| ) | |
| J. SAPPER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) [Doc. # 3] and, on August 13, 2020, was served on the parties in this action [see Doc. # 4]. Plaintiff filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. # 5.]

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Petition [Doc. # 2] is dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is denied.

This the 4th day of September, 2020.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge
